UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

2007 OCT -2 P 0: 36

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 3:07-cr-_126_ |
| | ) (Judges _Phillips_ / _Shirley_) |
| DANIEL SCHLEBEN, | ) |
| also known as "Gomez," | ) |
| ANTHONY BILLINGSLEY, | ) |
| also known as "Hitler,"" | ) |
| JESSE GOINES, | ) |
| MITCHELL COZART, | ) |
| CHAD JOHNSON, | ) |
| Defendants. | ) |

### ORDER

Having read and considered the government's Motion to Seal the Indictment and for good cause shown,

It is hereby ORDERED that the Superseding Indictment be sealed with the exception that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing.

It is further ORDERED that the motion to seal, together with this order, shall be sealed pending further Order of this Court.

ENTER:

_/s/ C. Clifford Shirley_
UNITED STATES MAGISTRATE JUDGE