UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 3:07-CR-126 |
| | ) | (Judges Phillips / Shirley) |
| | ) | |
| FIDEL DOMINGUEZ PINEDA, | ) | |
| also known as "Jesus," | ) | |
| BOLIVAR PEREZ CAMACHO | ) | |
| also known as "Jorge," | ) | |
| YOLANDA MORALES RIVERA, | ) | |
| DANIEL SCHLEBEN, | ) | |
| also known as "Gomez," | ) | |
| ANTHONY BILLINGSLEY, | ) | |
| also known as "Hitler,"" | ) | |
| JESSE GOINES, | ) | |
| MITCHELL COZART, and | ) | |
| CHAD JOHNSON | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having read and considered the government's Motion to Seal Superseding Indictment and for good cause shown,

It is hereby ORDERED that the Superseding Indictment be sealed with the exception that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing.

It is further ORDERED that the motion to seal, together with this order, shall be sealed pending further Order of this Court.

ENTER:

/s/ Bruce Guyton
UNITED STATES MAGISTRATE JUDGE